# Exhibit A

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Aug 3 03:21:40 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 103 out of 103**

---

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | **NYSE** |
| **Goods and Services** | IC 036. US 102. G & S: CONDUCTING A SECURITIES EXCHANGE AND PROVIDING OTHER SERVICES CONNECTED THEREWITH. FIRST USE: 18630129. FIRST USE IN COMMERCE: 18630129 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72340813 |
| **Filing Date** | October 15, 1969 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0909350 |
| **Registration Date** | March 2, 1971 |
| **Owner** | (REGISTRANT) NEW YORK STOCK EXCHANGE UNINCORPORATED ASSOCIATION NEW YORK 11 WALL ST. NEW YORK NEW YORK 10005<br><br>(LAST LISTED OWNER) NYSE GROUP, INC. CORPORATION DELAWARE 11 WALL STREET NEW YORK NEW YORK 10005 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul A. Taufer |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20110308. |
| **Renewal** | 3RD RENEWAL 20110308 |
| **Live/Dead Indicator** | LIVE |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

---

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Aug 3 03:21:40 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 63 out of 63**

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# Typed Drawing

| | |
|---|---|
| **Word Mark** | **NEW YORK STOCK EXCHANGE** |
| **Goods and Services** | IC 036. US 102. G & S: CONDUCTING A SECURITIES EXCHANGE AND PROVIDING OTHER SERVICES CONNECTED THEREWITH. FIRST USE: 18630129. FIRST USE IN COMMERCE: 18630129 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72340812 |
| **Filing Date** | October 15, 1969 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0924870 |
| **Registration Date** | November 30, 1971 |
| **Owner** | (REGISTRANT) **NEW YORK STOCK EXCHANGE**, INC. CORPORATION NEW YORK 11 WALL STREET NEW YORK NEW YORK 10005<br><br>(LAST LISTED OWNER) NYSE GROUP, INC. CORPORATION DELAWARE 11 WALL STREET NEW YORK NEW YORK 10005 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Marylee Jenkins |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110603. |
| **Renewal** | 3RD RENEWAL 20110603 |
| **Live/Dead Indicator** | **LIVE** |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

---

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Aug 3 03:21:40 EDT 2015*

 **Record 54 out of 63**

 ***( Use the "Back" button of the Internet Browser to return to TESS)***

# Typed Drawing

| | |
|---|---|
| **Word Mark** | N.Y. STOCK EXCHANGE |
| **Goods and Services** | IC 036. US 102. G & S: Conducting a Securities Exchange and Providing Other Services Connected Therewith. FIRST USE: 19800515. FIRST USE IN COMMERCE: 19800515 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73296705 |
| **Filing Date** | February 11, 1981 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 21, 1982 |
| **Registration Number** | 1231337 |
| **Registration Date** | March 15, 1983 |
| **Owner** | (REGISTRANT) **New York Stock Exchange**, Inc. CORPORATION NEW YORK 11 Wall St. New York NEW YORK 10005<br><br>(LAST LISTED OWNER) NYSE GROUP, INC. CORPORATION DELAWARE 11 WALL STREET NEW YORK NEW YORK 10005 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul A. Taufer |
| **Prior Registrations** | 0909350;0991425;1004106;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20121201. |
| **Renewal** | 2ND RENEWAL 20121201 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY