# Exhibit B

New York Shell Exchange   How it Works   Our Listings   Submit Yours   Find Funding   Vital Resources   payday loans mcalester   Sign Up   Log in




### Direct communication

Say goodbye to brokers and middle-men. Communicate directly with prospective buyers and sellers.

Sign Up

OTCQB
OTCQX
OTCPink

### One place for all OTC

Whether you're looking to buy or sell, your best deal can be found here.
It's about time.

Sign Up

### Search and discover

Our database is updated in real-time, connecting you faster with prospective buyers and sellers.

Sign Up

© New York Shell Exchange 2012  Terms  Advertising  Media  Partnering  Contact Us  Web Developers New York   Back to top

New York Shell Exchange | How it Works | Our Listings | Submit Yours | Find Funding | Vital Resources | payday loans mcalester | Sign Up | Log in

Home / How it Works

> When you want something done, you do it yourself.
>
> — Charles Spurgeon

**This is the vision which spawned the New York Shell Exchange. We provide the necessary resources to find, buy, or sell, publicly traded companies.**
New York Shell Exchange buyers and sellers of publicly traded companies always interact directly with one another. Direct communication between principals only, benefits both parties by eliminating middlemen such as finders and brokers. Transactions will be easier to negotiate, quicker to close, and reflect "real market" value which can save you thousands of dollars.

## Get Started!

To begin, create an online profile to gain access to our site. It's free, it's easy, and all you need is an email address.

Sign up now!







## Contact Sellers!

If you're looking to purchase a publicly traded company, you can simply browse our listings or refine your search using our filters. When you find the one you want just fill in your email address, name, and message. We will then inform the owner your interested, and pass your information along.

Browse our listings!

## Submit Your Company!

If you're looking to sell your publicly traded company, click on the "Add Your Company" link and you will be directed to our listings upload page. Just fill in the information you would like to include, and submit! Here you will also be able to find all the details and fine print about submitting your company for sale.

Submit your company!

