# *EXHIBIT C*

New to Twitter? Sign up

Search Twitter

Have an account? Log in




| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES |
|---|---|---|---|
| 173 | 501 | 158 | 1 |

Follow

# NY Shell Exchange

@nyshellexchange

Whether you're looking to buy or sell a publicly traded company, you'll find your best deal here!

newyorkshellexchange.com

Joined December 2012

Photos and videos




Tweets | Tweets & replies | Photos & videos

**NY Shell Exchange** @nyshellexchange · Jul 23
$250k #financing available for Public Company newyorkshellexchange.com/private-equity…

**NY Shell Exchange** @nyshellexchange · Jul 12
OTCQB Public Company For Sale! newyorkshellexchange.com/listings/ via @nyshellexchange

**NY Shell Exchange** @nyshellexchange · May 6
OTCQB For Sale! lnkd.in/e6AH5Zb

**NY Shell Exchange** @nyshellexchange · Feb 23
OTCQB For Sale! lnkd.in/ddk83UV 99.9% Delivery. Not a "Shell". Visit nyshellexchange.com for details! #Public Companies For Sale

NY Shell Exchange retweeted
**Mother Jones** @MotherJones · Feb 22
The Supreme Court gutted the Voting Rights Act. What happened next

in these 8 states will not shock you. bit.ly/1ipxZYC #Oscars2015

300 147

View summary

**NY Shell Exchange** @nyshellexchange · Feb 4
OTCBB For Sale NYSE Recent Listings | New York Shell Exchange newyorkshellexchange.com/listings/ via @nyshellexchange

**NY Shell Exchange** @nyshellexchange · Feb 4
Banking Jobs Nationwide jobbot.biz/a/jobs/list/q-...




**NY Shell Exchange** @nyshellexchange · 25 Jun 2014
Powerball Jackpot is now $60 million! I'd like to buy the winning numbers!
goanimate.com/videos/0ZREoqK... #goanimate

**NY Shell Exchange** @nyshellexchange · 25 Jun 2014
I'd like to buy the winning numbers! Powerball Jackpot is now $60 million!

**NY Shell Exchange** @nyshellexchange · 21 Jun 2014
I'd like to buy the winning Powerball numbers!

**NY Shell Exchange** @nyshellexchange · 4 Jun 2014
OTC PINK SHEET NON-SHELL FOR SALE! lnkd.in/dAZ4YDa

**NY Shell Exchange** @nyshellexchange · 29 Mar 2014
OTCQB FOR SALE Most Recent Listings | New York Shell Exchange newyorkshellexchange.com/listings/ via @nyshellexchange

**NY Shell Exchange** @nyshellexchange · 29 Mar 2014
Internet Start-up Seeks Bridge Financing | New York Shell Exchange newyorkshellexchange.com/internet-start... via @nyshellexchange

**NY Shell Exchange** @nyshellexchange · 14 Mar 2014
This is Bill's song #oreillyfactor Lady Gaga - Applause (Official):

Applause (Official): youtu.be/pco91kroVgQ via @YouTube

View media

**NY Shell Exchange** @nyshellexchange · 10 Mar 2014
Home: lifeorganics.us/#.Ux3m5kTEJxk.... drink it to believe it!

NY Shell Exchange retweeted
**StrictlyVC** @StrictlyVC · 10 Mar 2014
iRxReminder gets $250,000 in seed funding bit.ly/1dIzva7

4 3

View summary

NY Shell Exchange retweeted
**Entrepreneur** @Entrepreneur · 3 Mar 2014
Video: Be strategic in how you target the type of media attention that's best for your company entm.ag/1fAZrkl with @Hennesseyedit

28 22

View summary

NY Shell Exchange retweeted
**Entrepreneur** @Entrepreneur · 3 Mar 2014
You have a short window of time to impress investors. These tips can help you capture their attention entm.ag/1eSjQkB by @rickspence

45 49

View summary

NY Shell Exchange followed The Funding Portal, Botz Deal , Shawna Aho and 93 others

Follow

**The Funding Portal**
@Funding_Portal
The Funding Portal is a comprehensive service that improves access to both government funding and capital markets for key industry sectors in North...

Follow

**Botz Deal**
@BotzDeal

**NY Shell Exchange** @nyshellexchange · 2 Mar 2014
millionaire myth...see where you went wrong
finance.yahoo.com/news/6-million...

View summary

## New to Twitter?

Sign up now to get your own personalized

timeline!

Sign up

You may also like ·
Refresh

**SlickTrades**
@SlickTrade

**Greenbackers**
@greenbackers

**fundlessPE**
@fundlessPE

**Baltimore N...**
@charmcitynew

**Baltimore B...**
@BaltBizOnline

Trends

#IfAnythingSchoolTaughtMe
#CleanPowerPlan
#OhWaitItWasHarry
#NationalWatermelonDay
Ciara
I'M IN LOVE WITH A MONSTER
#ZaynCover
James Holmes
Will and Jada
Rafael

© 2015 Twitter About
Help Ads info