# *EXHIBIT D*

Search for people, jobs, companies, and more... Advanced

Home Profile Connections Jobs Interests Business Services Try Premium for free

Attn: Paralegals - Earn an M.S. in Law Degree Online - Focused in Managerial Law. Learn more!

# New York Shell Exchange

Investment Banking
1-10 employees

29 followers Follow

**Home**




New York Shell Exchange is where buyers and sellers of public companies communicate directly with one another thereby saving both parties involved in a transaction valuable time and money.

All public companies on NYSE have been listed by their principal owners and/or executive officers.

NYSE registered members are mostly investment bankers, attorneys, accountants, fund managers, and other finance professionals.

NYSE is where serious sellers, meet serious buyers.

Principals only please.

**Specialties**
public companies, reverse mergers, public shells, financing

**Website**
http://www.nyshellexchange.com

**Industry**
Investment Banking

**Type**
Privately Held

**Company Size**
1-10 employees

**How You're Connected**

**2** Employees on LinkedIn

See all

Grow Your Career By Following
Latham & Watkins

You Latham & Watkins

**Trudi**, get the latest on Latham & Watkins Jobs, News & more!

+Follow

**People Also Viewed**