# ***EXHIBIT E***

Your profile matches an open managerial position. Apply now!

## New York Shell Exchange

147 members Join

Discussions Promotions Jobs About Search

**Let the group know what you think.** Why not become a member of this open group and start your own discussions?

*Note: Content in an open group is visible to all LinkedIn visitors and is indexed for search.*



**Laura Anthony, Esq.** Securities Attorney, Founding Partner at Legal & Compliance,...

### Regulation A+; An In-Depth Overview



Regulation A+; An In-Depth Overview

bit.ly • Regulation A+; An In-Depth Overview The Official Blog of Legal & Compliance, LLC. On March 25, 2015, the SEC released final rules

Comment (0) • Like (4) • Follow • Report spam 1 month ago

Mary Ramsey, Kevin McLaughlin, Justin Van Fleet, CPA, +1 like this



**thomas bojadzijev** Investment Banking

### Looking for a public company for sale QB non shell 99.9% delivered DTC

I am looking for a QB certified Non Shell delivers 99.9% DTC eligible. Let me know if you have any available.

Comment (1) • Like (0) • Follow • Report spam 2 months ago

**Patrick Giordano**

Please contact me at mgmt@nyshellexchange.com Thanks

Like (0) • Report spam 2 months ago



**Laura Anthony, Esq.** Securities Attorney, Founding Partner at Legal & Compliance,...

### SEC Division of Corporation Finance Issues Guidance On Bad Actor Waivers



SEC Division of Corporation Finance Issues Guidance On Bad Actor Waivers - LEGAL &...

bit.ly • SEC Division of Corporation Finance Issues Guidance On Bad Actor Waivers. The Official Blog of Legal & Compliance, LLC. Last month the

Comment (0) • Like (3) • Follow • Report spam 3 months ago

Seth Gillman, Kevin McLaughlin and Orlando Birbragher like this

**Changes for messaging group members**

We've updated the rules for messaging the Out of Network members in your Groups to prevent abuse. To read more about how we've improved Groups, visit our Help Center.

**Your group contribution level**

Start by commenting in a discussion. Group participants get 4x the number of profile views.

Getting Started

Grow Your Career By Following
Latham & Watkins
You Latham & Watkins
**Trudi**, get the latest on Latham & Watkins Jobs, News & more!
+Follow

About | Feedback | Privacy & Terms

LinkedIn Corp. © 2015



**Patrick Giordano** CEO at SBAC

## OTC Pink For Sale

99% Delivery. No Assets/Liabilities. DTC Eligible.

Please clink on the link below for dteails and contact info:

www.NewYorkShellExchange.com

Comment (0) • Like (3) • Follow • Report spam 5 months ago

Eugeny Kovrigin, Sean McCole and Patrick Giordano like this



**Patrick Giordano** CEO at SBAC

## OTC PINK SHEET NON-SHELL FOR SALE!

Pink sheet company current in filings control block for sale.
Not a shell. DTC Eligible.
Company has $125k in convertible debt.
Please click on the link below for details and contact info:

www.NewYorkShellExchange.com

Comment (2) • Like (1) • Follow • Report spam June 4, 2014

Jack Stuart likes this

**H.J. König**
Its time we going public by revers merger. We carrying about 4 b of assets and Collateral portfolios as well 40 development contracts. All secured by Marsh McLennan
Contact us please
H.J.König, Senior Advisor
AVIS... more
Like (0) • Report spam June 9, 2014

**thomas bojadzijev**
I HAVE AN OTC QB NON SHELL FOR SALE delivers 99.99% DTC over 2 million in free trading shares. Went public through an S-1. If you are interested please email me at redstoneconsultingcorp@gmail.com.
Like (0) • Report spam 7 months ago



**Kent Wilson** CEO / CFO Alpine 4 Technologies, Ltd.

## We have another Clean Fully Audited and ready Shell Company for sale $45k, Ready for the AMEX, NASDAQ or OTCBB.

As you have probably read there are many different shell sellers out there. One major issue that most of these sellers don't share is the challenges you will face getting your shell to trading status. The difference between ... more

Comment (1) • Like (1) • Follow • Report spam 8 months ago

Abraham Sofer likes this

**Dr. Steven Fox**
I have same shell plus a shareholder list
Like (0) • Report spam 8 months ago



**Patrick Giordano** CEO at SBAC

## OTCBB FOR SALE

100% delivery includes 2,000,000 free trading shares.
Not a "shell". DTC eligible.

For further details and contact info please go to:
www.newyorkshellexchange.com

Comment (0) • Like (2) • Follow • Report spam 9 months ago

Edmund Santos and Fred Birks like this

**Yossi Goldman** Investments

## Rare opportunity to purchase 3 dormant pink non reporting shells. Very low share structure. Message me for more details.

Comment (1) • Like (0) • Follow • Report spam 9 months ago

**Dr. Steven Fox**
form 10 shell available, shareholder list,current in filings, audited,can raise capital, play for equity
Like (0) • Report spam 9 months ago



**Patrick Giordano** CEO at SBAC

## Fully Reporting OTC Pink For Sale

Not current in filings. Can easily be brought current and obtain OTCQB trading status.
Has never been a "shell". DTC eligible.
Control block available.

Comment (3) • Like (0) • Follow • Report spam 10 months ago

See all comments

**Dr. Steven Fox**
I have blank check shell with accredited investor list, current in filings, will play for equity and can find capital for the deal
Like (0) • Report spam 9 months ago

**Dr. Steven Fox**
I have blank check shell with accredited investor list, current in filings, will play for equity and can find capital for the deal
Like (0) • Report spam 9 months ago