# ***EXHIBIT F***

**Robert A. Stewart**
Chief Counsel

NYSE EURONEXT

October 21, 2013

**BY FEDERAL EXPRESS** (Tracking No. 7969 5617 4843)

Patrick Giordano
New York Shell Exchange
1730 62nd Street
Brooklyn, NY 11204

Phone: (718) 755-0943
Fax: (718) 942-5141
Email: par4benson@yahoo.com

**Re: Unauthorized Use of NYSE Group, Inc.'s Intellectual Property**

Dear Mr. Giordano:

It has recently come to the attention of NYSE Group, Inc. ("NYSE") that New York Shell Exchange ("NY Shell") is using the NYSE name ("NYSE Mark") on the websites www.newyorkshellexchange.com and www.nyshellexchange.com ("Websites") without NYSE's authorization. NY SHELL's unauthorized use constitutes trademark infringement, dilution, false representation, unfair competition and related violations of state and federal laws.

NYSE has common law and Federal trademark rights in and to the NYSE Mark and holds many Federal registrations granted by the United States Patent and Trademark Office and other countries (including Trademark Reg. Nos. 909350, 3603163, 3535475, and others). Accordingly, NYSE has the right to prevent unauthorized use of NYSE Mark under Trademark laws. NYSE demands, therefore, that NY Shell immediately cease and desist from any use of NYSE's Trademarks and service marks.

For over 200 years, the NYSE brand has connoted, and continues to connote, the provision of equal access to and maintenance of the world's largest and most liquid exchanges and a world-class array of financial products and services. NYSE (together with its affiliated companies) operates cash equities exchanges and derivatives exchanges in seven countries and is a world leader for listings, trading in cash equities, equity and interest rate derivatives, bonds and the distribution of market data and trading technology solutions. As a result of NYSE's long, extensive and exclusive use of the NYSE Trademarks, such trademarks have become well and favorably known to the relevant public as an indication of source. The NYSE Trademarks are now famous, enjoy tremendous goodwill and represent a valuable asset of the NYSE business. Your unauthorized use of the NYSE Trademarks falsely suggests to the public NYSE's sponsorship, approval, or license of or association or affiliation with you, and results in the dilution by blurring of NYSE's famous Trademarks.

Consequently, we demand that you provide written verification of NY SHELL's immediate removal of all NYSE Trademarks.

If we do not receive your response within ten (10) days of your receipt of this letter, we will have no choice but to pursue further remedies.

The foregoing is not intended to be a complete statement of law or the facts relevant to this matter, nor of NYSE's legal and equitable rights and remedies, and nothing stated in this letter shall be deemed a waiver or limitation of any right, remedy or cause of action of any kind whatsoever, all of which are hereby expressly reserved.

Sincerely,

Robert A. Stewart, Esq.
Chief Counsel

Cc: Janet K. Parkhurst, Esq.