# ***EXHIBIT G***

DLA PIPER

**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
*main* 215.656.3300
www.dlapiper.com

PAUL A. TAUFER
paul.taufer@dlapiper.com
*direct* 215.656.3385 *fax* 215.656.2498 or 2499

June 24, 2015

Our Ref.: NGI-1-M

***VIA E-MAIL:*** *par4benson@yahoo.com*
***CERTIFIED MAIL WITH***
***RETURN RECEIPT REQUESTED***

Mr. Patrick Giordano
New York Shell Exchange
1730 62nd Street
Brooklyn, New York 11204

**Re: Trademark and Domain Name Violation**

Dear Mr. Giordano:

We are contacting you on behalf of our client, Intercontinental Exchange, Inc. ("ICE"), of Atlanta, Georgia.

As you may be aware, ICE operates the leading global electronic marketplace for trading futures, over-the-counter energy contracts and other financial instruments. ICE offers a wide range of financial products and services, including providing a state-of-the art global electronic exchange platform that brings market access and transparency to participants in more than 50 countries. In addition, ICE provides financial news and information relating to transactions and settlements, financial analysis, investment and trade tracking and analysis, and portfolio performance. ICE started trading in May 2000, with its founding shareholders representing some of the world's largest energy traders. Today, ICE offers a wide range of financial products and services, and collects over $3 billion in annual revenues.

In 2013, ICE acquired and now operates the New York Stock Exchange ("NYSE"). As you may be aware, NYSE has been operating the leading global exchange for listing and trading securities under its iconic brand for over a century. As a result of the global presence and success of NYSE, the "New York Stock Exchange" and "NYSE" brand names have come to be very well known in the financial services industry, both in the United States and throughout the rest of the world.

DLA PIPER



Due to ICE's acquisition of the NYSE brand, ICE is the sole owner of all right, title and interest in and to all intellectual property associated with NYSE, including but not limited to trademarks, copyrights and all good will associated therewith on a global basis. ICE has expended significant time, effort, and expense to acquire, register and build a strong portfolio to protect its name and brands, including the NYSE brand.

A small fraction of ICE's trademark portfolio related to the NYSE brand is listed below. The listed marks cover a variety of financial-related goods and services, including, "*Conducting a securities exchange and providing other services connected therewith.*"

| **Trademark** | **Registration No.** | **Date of first use** | **Country of Registration** |
|---|---|---|---|
| **NEW YORK STOCK EXCHANGE** | **0924870** | **January 29, 1863** | **United States** |
| **NYSE** | **0909350** | **January 29, 1863** | **United States** |

It has recently come to our client's attention that you are operating a business under the name "New York Shell Exchange" and a website under the name "http://newyorkshellexchange.com," as well as an online platform for buying or selling publicly traded companies on that website. In addition to containing several occurrences of the term "NYSE," the website uses the phrase "New York Shell Exchange." These terms are identical or confusingly similar to ICE's registered trademarks "NYSE" and "New York Stock Exchange."

Use of the "NYSE" and "New York Stock Exchange" names or brands without our client's authorization is **illegal** and actionable, particularly since it appears that you are offering financial services similar to those offered by our client.

Given that "NYSE" and "New York Shell Exchange" are terms identical or confusingly similar to our client's marks, and the fact that your website offers services relating specifically to activities and business associated with our client, the relevant public will undoubtedly view your company / website as belonging to or as being affiliated with our client, or it will be confused into believing that your services are in some way connected with or authorized by our client, causing damage to ICE's reputation and goodwill.

Accordingly, in view of the foregoing, our client demands that you:

a. immediately cease and desist using the name "NYSE," "New York Shell Exchange," or any other name or mark that is identical or similar thereto, or to any other of our client's

DLA PIPER



brands / names or any other mark that implies an association with NYSE or the New York Stock Exchange;

b. immediately and permanently remove the http://newyorkshellexchange.com website from the Internet, and agree to refrain from launching any other website having a name that is identical or similar to that of any trademark, trade name or brand name of our client, its subsidiaries or any of its affiliates; and

c. immediately relinquish and transfer the http://newyorkshellexchange.com domain name to our client.

Should we not receive confirmation in writing within seven (7) days of this letter that the above steps have been agreed to and undertaken, please be advised that our client shall immediately pursue all available actions that are deemed appropriate to protect its rights without further notice being provided, including but limited to, for trademark and trade dress infringement, false designation of origin, and cyber-squatting.

This letter is being sent without prejudice in an effort to amicably resolve these issues, and all rights express or implied are hereby reserved.

We trust that you will give this matter your immediate attention.

Sincerely yours,

Paul A. Taufer

PAT/LML/vbm