# ***EXHIBIT H***

**Patrick Giordano**
*1730 62nd Street,*
*Brooklyn, NY 11204*
*718.755.0943*
*mgmt@nyshellexchange.com*

RECEIVED JUL 16 2015

July 15, 2015

Paul A. Taufer
DLA Piper LLP
1650 Market Street, Suite 4900
Philadelphia, PA 19103

Dear Mr. Taufer,

I had the opportunity to discuss this matter with my business partner, William Hayde. We too are hopeful that an amicable resolution can be reached.

On October 24, 2013, Chief Counsel for the New York Stock Exchange Robert A. Stewart made contact with us via Federal Express. In their correspondence they indicated that our use of "NYSE" on our website located at www.NewYorkShellExchange.com could be an infringement upon their intellectual property and requested that it be removed. We immediately complied with the request and removed the abbreviation of our name NYSE from our website. We have attached a copy of the letter received from Mr. Stewart. No further contact was made.

Since the resolution of the aforementioned matter, we have continued to operate and grow our business model. We have invested several years of hard work and capital to build and establish our business. The New York Shell Exchange has over 1,000 registered users who rely upon the services we offer to conduct their business. Our "community" utilizes the New York Shell Exchange as a network to contact and engage likeminded professionals regarding business opportunities and ventures. Our members find it to be a valuable tool and resource.

The New York Shell Exchange is also a valuable asset to the principal owners. In addition to several years of development, which in itself has intrinsic value, we also rely upon the income it provides us. Your request for us to "to immediately and permanently remove the http://www.newyorkshellexchange.com website from the Internet" and to "immediately relinquish and transfer the http://newyorkshellexchange.com domain name to our client", would have an immediate adverse affect on our incomes and future earnings.

We have invested considerable time and expense growing our business. The New York Shell Exchange has flourished and is now a successful "community of industry professionals". It is for this reason we feel your demand of immediate transfer of our domain name to Intercontinental Exchange, Inc. without recompense would not be considered amicable. To the contrary, your demands give us a feeling of being slightly "bullied" and can be construed as intimidating. We would however, entertain an offer from Intercontinental Exchange for the purchase and transfer of our domain name. An amicable resolution to this matter would alleviate a protracted and expensive legal proceeding and any negative public relations which may ensue. We are willing to work towards a positive resolution which satisfies all.

We thank you for your time and look forward to your reply.

Sincerely,

Patrick Giordano