# *EXHIBIT I*

**Raspa, Trudi**

**From:** Lint, Lisa M.
**Sent:** Friday, July 17, 2015 2:59 PM
**To:** mgmt@nyshellexchange.com
**Cc:** Taufer, Paul A.; Cruz, Richard; Meise, Victorine B.; IP Philadelphia Mailbox
**Subject:** FW: NGI-1-M

Dear Mr. Giordano:

Thank you for your letter of July 15, 2015.

Please be advised that our client has no interest in purchasing the domain or in negotiating this matter further. As noted in our letter of June 24, 2015, your unauthorized use of our client's "NYSE" trademark and wording confusingly similar to their "New York Stock Exchange" trademark constitute illegal and actionable conduct by you. Please provide your written confirmation by close-of-business Monday, July 20, 2015 that every demand set forth in our June 24, 2015 letter has been agreed to and undertaken. Please be advised that our client reserves all rights to pursue all available actions against you that it deems appropriate without any further notice to you.

Additionally, I note that your letter represented that you remove the NYSE mark from your website in response to NYSE Euronext's cease and desist letter of October 21, 2013. Despite that representation, the following screenshot of your website (which was taken today) indicates that your website continues to use the NYSE mark.




As noted above, I look forward to receiving your response by July 20, 2015.

Sincerely,

**Lisa Lint**

**T** +1 215.656.3308
**F** +1 215.656.3301
**E** lisa.lint@dlapiper.com

DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
United States
www.dlapiper.com