# ***EXHIBIT J***

**Raspa, Trudi**

---

| | |
|---|---|
| **From:** | NY Shell Exchange <mgmt@nyshellexchange.com> |
| **Sent:** | Monday, July 20, 2015 3:15 PM |
| **To:** | Lint, Lisa M. |
| **Cc:** | Taufer, Paul A.; Cruz, Richard; Meise, Victorine B.; IP Philadelphia Mailbox; William |
| **Subject:** | RE: FW: NGI-1-M |

Dear Ms. Lint,

Thank you for bringing our attention to the "NYSE" found on our website. We shall have our web developer remove it as soon as possible. We will notify you as soon as it has been completed.

We are surprised and disappointed that your client has decided not to resolve this matter amicably, contrary to your letter dated June 24, 2015. As we stated in our letter to you dated July 15, 2015, the New York Shell Exchange is a valuable asset to the principal owners and the registered users who rely upon our service. It is for this reason, we cannot merely cease operations and relinquish ownership of our domain name and existing business to your client. To do so would have a detrimental effect on our livelihood and would disrupt the "community" we serve. We would like to reiterate that an offer to purchase our domain name would be entertained and considered an amicable solution.

We understand your client has the right to pursue other legal remedies. We hope that this is not the case. Our compliance with your to demand to remove "NYSE" from our site demonstrates our willingness to find an amicable resolution to this matter.

Sincerely,

Patrick Giordano

> -------- Original Message --------
> Subject: FW: NGI-1-M
> From: "Lint, Lisa M." <Lisa.Lint@dlapiper.com>
> Date: Fri, July 17, 2015 2:59 pm
> To: "mgmt@nyshellexchange.com" <mgmt@nyshellexchange.com>
> Cc: "Taufer, Paul A." <Paul.Taufer@dlapiper.com>, "Cruz, Richard" <Richard.Cruz@dlapiper.com>, "Meise, Victorine B." <Victorine.Meise@dlapiper.com>, IP Philadelphia Mailbox <ip.phil@dlapiper.com>
>
> Dear Mr. Giordano:
>
> Thank you for your letter of July 15, 2015.
>
> Please be advised that our client has no interest in purchasing the domain or in negotiating this matter further. As noted in our letter of June 24, 2015, your unauthorized use of our client's "NYSE" trademark and wording confusingly similar to their "New York Stock Exchange" trademark constitute illegal and actionable conduct by you. Please provide your written confirmation by close-of-business Monday, July 20, 2015 that every demand set forth in our June 24, 2015 letter has been agreed to and undertaken. Please be advised that our client reserves all rights to

pursue all available actions against you that it deems appropriate without any further notice to you.

Additionally, I note that your letter represented that you remove the NYSE mark from your website in response to NYSE Euronext's cease and desist letter of October 21, 2013. Despite that representation, the following screenshot of your website (which was taken today) indicates that your website continues to use the NYSE mark.




As noted above, I look forward to receiving your response by July 20, 2015.

Sincerely,

**Lisa Lint**

**T** +1 215.656.3308
**F** +1 215.656.3301
**E** lisa.lint@dlapiper.com

DLA PIPER

DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
United States
www.dlapiper.com

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.