Andrew L. Deutsch (AD 5782)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
*Attorney for Plaintiff NYSE Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NYSE GROUP, INC., Plaintiff, | : | |
| -against- | : | Case No. 1:15-cv-06472-PAE |
| NEW YORK SHELL EXCHANGE, PATRICK GIORDANO, and WILLIAM HAYDE, Defendants. | : | |

**Notice of Voluntary Dismissal Without Prejudice**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff NYSE Group, Inc. hereby voluntarily dismisses its Complaint as against New York Shell Exchange and Patrick Giordano, filed on August 17, 2015, without prejudice. Defendants have not yet been served with Summons and the Complaint, and have not yet filed an answer or a motion for summary judgment in this action. Each party shall bear its own costs and attorneys’ fees.

Dated: New York, New York.
September 29, 2015

DLA PIPER LLP (US)

By: /s/ Andrew L. Deutsch

Andrew L. Deutsch (AD 5782)
1251 Avenue of the Americas
New York, New York 10020-1104
212.335.4500

Paul A. Taufer (*pro hac vice* pending)
Michael L. Burns (*pro hac vice* pending)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
215.656.3300

*Attorneys for Plaintiff*
*NYSE Group, Inc.*